Jack Silver, SBN 160575
Law Office of Jack Silver
Nancy Kay Webb, SBN 226001
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
E-mail: lhm28843@sbcglobal.net
nkwebb@mcn.org

Michael R. Lozeau SBN 142893
Douglas J. Chermak SBN 233382
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel. (510) 749-9102
Fax. (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com
djchermack@lozeaulaw.com

Paul S. Silver SBN 78150
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 527-8811
Fax. (707) 527-5443
E-mail: paulsilverlaw@yahoo.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT. G. EVANS, DOUGLAS RAND EMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, ROBERT G. EVANS, DOUGLAS RAND EMERY, Individuals<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, ET AL,<br><br>Defendants. | **CASE NO.: C07-05075 MHP**<br><br>**ADMINISTRATIVE MOTION OF PLAINTIFFS TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civ. L.R. 3-12, 7-11] |

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, ROBERT G. EVANS, DOUGLAS RAND EMERY, Individuals<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF FISH AND GAME, ET AL,<br><br>Defendants. | CASE NO.: C06-06685 CRB |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 3-12 and 7-11, Plaintiffs hereby file this Administrative Motion to Consider Whether Cases Should be Related to consider whether the subsequently filed case of *Northern California River Watch, et al v. United States Department of the Interior, et al,* No. C07-05075 MHP filed on October 2, 2007, should be related to the pending case of *Northern California River Watch, et al v. California Department of Fish and Game, et al* No. C06-06685 CRB.

**I.     ACTION REQUESTED.**

An order pursuant to Civil Local Rule 3-12 relating Case No. C07-05075 MHP to C06-06685 CRB.

**II.     REASONS SUPPORTING THE REQUEST.**

Civil Local Rule 3-12 provides the applicable standard: "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Both criteria are met here.

Both cases involve substantially the same parties, transactions and events. If the cases are conducted before different Judges, there will likely be a burdensome duplication of labor and expense, as well as the potential for conflicting results.

1  A.  **The cases involve substantially the same parties and events.**

2  1.  **Titles and case numbers.**

- NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, ROBERT G. EVANS, DOUGLAS RAND EMERY, Individuals, Plaintiffs, vs. CALIFORNIA DEPARTMENT OF FISH AND GAME, CARL WILCOX, GENE COOLEY, ROBERT W. FLOERKE, WILLIAM R. SCHELLINGER, FRANK H. SCHELLINGER, Individually and dba SCHELLINGER BROTHERS, a Partnership, SCOTT SCHELLINGER, and DOES 1 - 10, Inclusive, Defendants, No. C06-06685 CRB

- NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, ROBERT G. EVANS, DOUGLAS RAND EMERY, Individuals, Plaintiffs, vs. UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES ARMY CORPS OF ENGINEERS, and DOES 1-10, Inclusive, Defendants, No. C07-05075 MHP

2.  **Parties**

Plaintiffs are exactly the same in both cases.

Defendant UNITED STATES on behalf the UNITED STATES DEPARTMENT OF THE INTERIOR, has appeared as an amicus supporting defendant CALIFORNIA DEPARTMENT OF FISH AND GAME in Case No. 06-06685 CRB.

3.  **Same Transactions and Events**

Action No. C06-06685 CRB was filed under ESA § 9. This action, C07-05075 MHP is filed under ESA § 7. The actions are related in that plaintiffs are the same in both actions, they arise from the same set of operative facts and involve the same statute, the Endangered Species Act. Both cases involve allegations of violations of the Endangered Species Act with respect to endangered species *Limanthes vinculans,* common name Sebastopol meadowfoam, on the real property development site - Laguna Vista building site - located on Gravenstein Highway in the City of Sebastopol, California. The first action concerns the alleged illegal removal and destruction of populations of a federally listed endangered plant. This latter action concerns the alleged failure of the Services to comply with the ESA with regard to these same populations of federally listed endangered plants. Many of the witnesses are the same, many of the discoverable and relevant documents are the same. Plaintiffs believe that assignment of these actions to a single court will likely effect a substantial savings of judicial effort and duplication of labor if the actions were heard by different Judges or Magistrate judges. The parties will also avoid the

chance of inconsistent rulings if these matters are handled by the same judge.

Plaintiffs in both cases seek a declaratory judgment that defendants have violated the Endangered Species Act and an injunction order requiring defendants to cease development operations on the Laguna Vista building site until such time as the proposed development project is in compliance with the Endangered Species Act.

**4.     Relating Cases Will conserve Judicial Resources and Avoid Inconsistent Results**

The Honorable Charles R. Breyer has presided over Case No. C06-06685 CRB since the filing of the initial Complaint on October 27, 2006. The matter has been actively litigated. The Court has heard Motions to Dismiss and Motions for Summary Judgment. Dispositive motions are set for hearing on January 11, 2008. Given Judge Breyer's extensive familiarity with the facts and complex legal issues presented in Case No. C06-06685 CRB, Judge Breyer is best situated to preside over Case No. C07-05075 MHP as well as to avoid the "unduly burdensome duplication of labor and expense" and the prospect of "conflicting results." L.R. 3-12(a)(2).

**III.    Conclusion**

For the foregoing reasons, Plaintiffs request that Case. No. C07-05075 MHP be related to C06-06685 CRB pursuant to Civil L.R. 3-12.

DATED: October 4, 2007                LAW OFFICE OF JACK SILVER

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

C07-05075 MHP
Administrative Motion of Plaintiffs to Consider Whether Cases Should Be Related                4

## PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 100 E Street, Suite 202, Santa Rosa, CA 95404.

On October 4, 2007, I served the above described **Administrative Motion of Plaintiffs to Consider Whether Cases Should Be Related** on the following parties as follow:

Michael W. Neville
Deputy Attorney General
455 Golden Gate Ave. Suite 11000
San Francisco, CA 94102-7004
Facsimile: 415-703-5480

*Attorney for Defendants*
*California Department of Fish & Game,*
*Carl Wilcox, Gene Cooley, Robert Floerke*

Christopher J. Carr, Esquire
Shaye Diveley, Esquire
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Facsimile: 415-268-7522

*Attorney for William R. Schellinger*
*and Frank H. Schellinger dba*
*Schellinger Brothers*

[X] (BY MAIL) I placed each such envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practices of Law Office of Jack Silver for processing of correspondence; said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

[ ] (BY FACSIMILE) I caused the above referenced document(s) to be transmitted by Facsimile machine (FAX) (707) 528-8675 to the number indicated after the address(es) noted above.

[ ] (BY ELECTRONIC SERVICE) [FRCP Rule 5(b)(2)(a) I caused a true and correct copy to be electronically mailed through my electronic mail system to the electronic mail addresses set forth above in accordance with FRCP Rule 5(b).

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on October 4, 2007 at Santa Rosa, California.

WOJCIECH P. MAKOWSKI