SCOTT N. SCHOOLS (CSBN 9990)
United States Attorney
CHARLES O'CONNOR (CSBN 56320)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:    (415) 436-7241
Facsimile:    (415) 436-6748
charles.oconnor@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

BRADFORD T. McLANE, Attorney
Law and Policy Section
P.O. Box 4390 - Ben Franklin Station
Washington, D.C.  20044-4390
Telephone:    (202) 305-0544
Facsimile:    (202) 514-4231
bradford.mclane@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants, | Case No. C-07-5075 (MHP) <br><br> **DEFENDANTS' NOTICE OF APPEARANCE** |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Bradford McLane shall serve as counsel for the Defendants in the captioned matter. Copies of future filings, notices, and decisions should be sent to Mr. McLane at the address listed below.

Respectfully submitted this 11th day of October, 2007.

                    SCOTT N. SCHOOLS (CSBN 9990)
                    United States Attorney
                    CHARLES O'CONNOR (CSBN 56320)
                    Assistant United States Attorney
                    450 Golden Gate Avenue, 9th Floor
                    San Francisco, California 94102-3495
                    Telephone:   (415) 436-7241
                    Facsimile:    (415) 436-6748
                    charles.oconnor@usdoj.gov

                    RONALD J. TENPAS
                    Acting Assistant Attorney General
                    Environment & Natural Resources Division


                    _____
                    BRADFORD T. McLANE, Attorney
                    U.S. Department of Justice
                    Environment & Natural Resources Division
                    Law & Policy Section
                    P.O. Box 4390 - Ben Franklin Station
                    Washington, D.C.  20044-4390
                    Telephone:   (202) 305-0544
                    Facsimile:    (202) 514-4231
                    bradford.mclane@usdoj.gov

                    Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendants' Notice of Appearance was submitted to the Court electronically on this 11th day of October, 2007 for filing and service on the following parties:

**Douglas Jonathan Chermak**
djchermak@lozeaulaw.com

**Jack Silver**
lhm28843@sbcglobal.net

**Michael Robert Lozeau**
mrlozeau@Lozeaulaw.com

**Nancy Kay Webb**
nkwebb@mcn.org

**Paul Samuel Silver**
Law Office of Paul S. Silver, APC
815 5th Street - Suite 200
Santa Rosa, CA 95404

Attorneys for Plaintiffs

                                  */s/ Bradford McLane*
                                    Bradford T. McLane