SCOTT N. SCHOOLS (CSBN 9990)
United States Attorney
CHARLES O'CONNOR (CSBN 56320)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:    (415) 436-7241
Facsimile:    (415) 436-6748
charles.oconnor@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

BRADFORD T. MCLANE
U.S. Department of Justice
Law and Policy Section
P.O. Box 4390, Ben Franklin Station
Washington, DC 20044-4390
Telephone:    (202) 305-0544
Facsimile:    (202) 514-4231
bradford.mclane@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; ROBERT G. EVANS, SHERRY PETERSEN, DOUGLAS RAND EMERY, as individuals,<br><br>v.                                       Plaintiffs,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>                              Defendants. | No. C-07-05075 MHP<br><br>**FEDERAL DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO RELATE CASES** |

Case No. C07-05075 MHP                                                                                  United States' Response to
                                                                                                       Plaintiffs' Notice of Related Cases

1 | NORTHERN CALIFORNIA RIVER                                    No. C-06-06685 CRB
    WATCH, a non-profit corporation;
2 | ROBERT G. EVANS, SHERRY PETERSEN,
    DOUGLAS RAND EMERY, as individuals,
3
                                    Plaintiffs
4
        v.
5
    CALIFORNIA DEPARTMENT OF FISH
6 | AND GAME, ET AL,

7                                   Defendants.
    _____/  _____
8

9
        Plaintiff has submitted a notice of related cases in this action, arguing that pursuant to
10
Civil Local Rule 3-12 and 7-11, the case of <u>Northern California River Watch, et al v. United
11
States Department of the Interior, et al</u>, No. C-07-05075 MHP, filed on October 2, 2007, should
12
be related to the pending case of <u>Northern California River Watch, et al v. California Department
13
of Fish and Game, et al</u>, No. C-06-06685 CRB. Plaintiff has likewise filed a proposed order
14
pursuant to Civil Local Rule 3-12 relating Case No. C-07-05075 MHP to C-06-06685 CRB.
15
        Pursuant to Civil Local Rule 3-12(e), the United States Department of Justice files this
16
response on behalf of the United States Department of the Interior, the United States Fish and
17
Wildlife Service, and the United States Army Corps of Engineers ("Federal Defendants") in
18
support of Plaintiffs' Motion and Proposed Order.
19
        The Local rules provides that an action is related when:
20
        (1)  The actions concern substantially the same parties, property,
21             transaction or event; and

22      (2)  It appears likely that there will be an unduly burdensome
             duplication of labor and expense or conflicting results if the cases
23           are conducted before different Judges.

24  Civil L. R. 3-12(a). The Federal Defendants concur with plaintiffs that these criteria are met

25  with respect to these cases, although not for the precise reasons stated by plaintiffs.

26      The first criterion is met because both suits involve substantially the same parties and

27

28  Case No. C07-05075 MHP                                       United States' Response to
                                                                 Plaintiffs' Notice of Related Cases
                                        2

property.  Both suits are brought by the same set of plaintiffs.  Both suits are also brought under the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 et seq.  Most significantly, both suits concern the same property – the site of a proposed development referred to as the "Laguna Vista project."  Finally, both suits also involve, at least in part, plaintiffs' alleged concern for the Sepastopol meadowfoam (*Limnanthes vinculans*), which is listed as endangered under the ESA.  Plaintiffs allege that populations of the Sebastopol meadowfoam occur at this site and could be or have been harmed by various actions of defendants in both suits.

The second criterion is met because Judge Breyer's knowledge of the complex facts and law at issue in C-06-06685 CRB will be of considerable value in deciding the issues in C-07-05075 MHP.  By presiding over both cases, Judge Breyer will be able to avoid duplication of labor and expense that would be necessary were Judge Patel to preside over the action against Federal Defendants.

While these actions are sufficiently related, Federal Defendants note for the record these actions involve different transactions or events.  The first case, Case No. C06-06685 CRB, filed against the California Department of Fish and Game and private parties, involves allegations that state and private defendants improperly removed populations of the Sebastopol meadowfoam in violation of section 9(a)(2)(B) of the Endangered Species Act.  16 U.S.C. § 1538(a)(2)(B).  The more recent case, Case No. C07-05075 MHP, presents three claims that the Federal Defendants violated various requirements of section 7 of ESA, 16 U.S.C. § 1536, by concluding informal consultation pursuant to 50 C.F.R. § 402.13(a).  This informal consultation was associated with a permit application submitted under section 404 of the Clean Water Act,  33 U.S.C. § 1344, seeking authorization to fill less than two acres of jurisdictional wetlands at the Laguna Vista site.  While these differences exist, for the reasons outlined above, Federal Defendants believe the cases are related within the meaning of Local Rule 3-12(e).

For the foregoing reasons, Federal Defendants request that Case No. C-07-05075 MHP be

related to Case No. C-06-06685 CRB pursuant to Civil L. R. 3-12(a).

Case No. C07-05075 MHP                                                  United States' Response to
                                                                         Plaintiffs' Notice of Related Cases

3

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | CHARLES O'CONNOR<br>Assistant United States Attorney |
| 6 | |
| 7 | RONALD J. TENPAS<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division |
| 8 | |
| 9 |   /s/ *Bradford McLane*<br>BRADFORD T. MCLANE, Attorney<br>U.S. Department of Justice |
| 10 | Environment & Natural Resources Division |

Dated: October 12, 2007

Case No. C07-05075 MHP      United States' Response to Plaintiffs' Notice of Related Cases

4

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court in both of the above-captioned actions using the CM/ECF system, which will send notification of such to the attorneys of record.

                /s/ *Bradford McLane*
                BRADFORD T. MCLANE

Case No. C07-05075 MHP            United States' Response to Plaintiffs' Notice of Related Cases

5

Case 3:07-cv-05075-CRB     Document 5     Filed 10/12/2007     Page 6 of 6