1  Jack Silver, SBN 160575
   Law Office of Jack Silver
2  Nancy Kay Webb, SBN 226001
   Post Office Box 5469
3  Santa Rosa, California 95402-5469
   Telephone: (707) 528-8175
4  Facsimile: (707) 528-8675
   E-mail: lhm28843@sbcglobal.net
5          nkwebb@mcn.org

6  Michael R. Lozeau SBN 142893
   Douglas J. Chermak SBN 233382
7  Law Office of Michael R. Lozeau
   1516 Oak Street, Suite 216
8  Alameda, CA 94501
   Tel. (510) 749-9102
9  Fax. (510) 749-9103
   E-mail: mrlozeau@lozeaulaw.com
10         djchermack@lozeaulaw.com

11 Paul S. Silver SBN 78150
   Law Office of Paul S. Silver, APC
12 815 5th Street, Suite 200
   Santa Rosa, CA 95404
13 Tel. (707) 527-8811
   Fax. (707) 527-5443
14 E-mail: paulsilverlaw@yahoo.com

15 Attorneys for Plaintiffs
   NORTHERN CALIFORNIA RIVER WATCH,
16 ROBERT. G. EVANS, DOUGLAS RAND EMERY

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20
   NORTHERN CALIFORNIA RIVER              CASE NO.: C06-06685 CRB
21 WATCH, a non-profit corporation,
   ROBERT G. EVANS, DOUGLAS RAND
22 EMERY, Individuals                     [PROPOSED] ORDER GRANTING
                                          PLAINTIFFS' ADMINISTRATIVE
23              Plaintiffs,               MOTION
   vs.
24                                        [Civ. L.R. 3-12, 7-11]
   CALIFORNIA DEPARTMENT OF FISH
25 AND GAME, ET AL,

26              Defendants.

27 _____

28

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, ROBERT G. EVANS, DOUGLAS RAND EMERY, Individuals | CASE NO.: C07-05075 MHP |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, ET AL, | |
| _____/ | |

Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related [Civ. L.R. 3-12, 7-11] came on for hearing before this Court. Having read the documents submitted in support of and in opposition to the Administrative Motion and having considered any arguments of counsel, the Court finds that justice requires that Plaintiffs' Motion is **GRANTED**.

**IT IS HEREBY ORDERED,** that Case. No. C07-05075 MHP is related to Case No. C06-06685 CRB. Both cases are hereby assigned to Honorable Charles R. Breyer.

**IT IS FURTHER ORDERED AS FOLLOWS:**

DATED: October 15, 2007

IT IS SO ORDERED
Judge Charles R. Breyer

C06-06685 CRB
[Proposed] Order Granting Plaintiffs' Administrative Motion

2