Jack Silver, SBN 160575
Law Office of Jack Silver
Nancy Kay Webb, SBN 226001
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
E-mail: lhm28843@sbcglobal.net
        nkwebb@mcn.org

Michael R. Lozeau SBN 142893
Douglas J. Chermak SBN 233382
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel. (510) 749-9102
Fax. (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com
        djchermack@lozeaulaw.com

Paul S. Silver SBN 78150
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 527-8811
Fax. (707) 527-5443
E-mail: paulsilverlaw@yahoo.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT. G. EVANS, DOUGLAS RAND EMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, ROBERT G. EVANS, DOUGLAS RAND EMERY, Individuals<br><br>        Plaintiffs,<br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, ET AL,<br><br>        Defendants. | CASE NO.: C07-05075 CRB<br><br>PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16] |

C07-05075 CRB
Plaintiffs' Certification of Interested Entities or Persons                                                           1

Pursuant to Civil L.R. 3-16, plaintiff certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. California Department of Fish and Game - a governmental entity - Non-financial interest
2. Carl Wilcox - Employee of California Department of Fish and Game - Non-financial interest
3. Gene Cooley - Employee of California Department of Fish and Game - Non-financial interest
4. Robert W. Floerke - Employee of California Department of Fish and Game - Non-financial interest
5. William R. Schellinger, Individually and doing business as Schellinger Brothers, a Partnership - Financial interest
6. Frank H. Schellinger, Individually and doing business as Schellinger Brothers, a Partnership - Financial interest
7. Scott Schellinger, an Individual - Financial interest

Dated: October 17, 2007

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH