IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, | No. C 07-05075 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, January 11, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 19, 2007                                            FOR THE COURT,

                                                                                   Richard W. Wieking, Clerk
                                                                                   By: _____
                                                                                        Barbara Espinoza
                                                                                        Courtroom Deputy