Jack Silver,  SBN 160575
Law Office of Jack Silver
Nancy Kay Webb,  SBN 226001
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707)  528-8675
E-mail:  lhm28843@sbcglobal.net
            nkwebb@mcn.org

Michael R. Lozeau SBN 142893
Douglas J. Chermak SBN 233382
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel. (510) 749-9102
Fax. (510) 749-9103
E-mail:   mrlozeau@lozeaulaw.com
            djchermack@lozeaulaw.com

Paul S. Silver SBN 78150
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 527-8811
Fax. (707) 527-5443
E-mail:  paulsilverlaw@yahoo.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT. G. EVANS, DOUGLAS RAND EMERY

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, ROBERT G. EVANS, DOUGLAS RAND EMERY,<br><br>                    Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, ET AL,<br><br>                    Defendants. | **CASE NO.: C07-05075 CRB**<br><br>**PROOF OF SERVICE OF INITIAL PLEADINGS** |

1    I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 100 E Street, Suite 202, Santa Rosa, CA

2    95404.

On October 18, 2007, I served the following described document(s):

3    • **Summons**
• **Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation**

4    • **ECF Registration Information Handout**
• **Order Setting Initial Case Management Conference and ADR Deadlines**

5    • **Notice of Availability of Magistrate Judge to Exercise Jurisdiction**
• **Reassignment Order - October 17, 2007**

6

7    on the following parties by placing a true copy in a sealed envelope, addressed as follows:

8

SCOTT N. SCHOOLS
United States Attorney

9    CHARLES O'CONNOR
Assistant United States Attorney

10   450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495

11

12   United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW

13   Washington, D.C. 20530-0001

14
Secretary of the Interior
United States Department of the Interior

15   1849 C Street, NW
Washington, D.C. 20240

16

17   Director
United States Fish & Wildlife Service
1849 C Street, NW

18   Washington, D.C. 20240

19
Commander / Headquarters
United States Army Corps of Engineers

20   441 G. Street, NW
Washington, D.C. 20314-0001

21

22   [X]  (BY CERTIFIED MAIL) (FRCP Rule 4(i)(1) I placed each such envelope, with postage thereon fully prepaid for certified mail, return receipt requested, for collection and mailing with the United States

23   Postal Service at Santa Rosa, California.

24       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on October 18, 2007 at Santa Rosa, California.

25

26

27   WOJCIECH P. MAKOWSKI.

28

C07-05075 CRB
Proof of Service of Initial Pleadings                                              2