1

2  JACK SILVER, SBN 160575
   Law Office of Jack Silver
3  Post Office Box 5469
   Santa Rosa, California 95402-5469
4  Telephone:     (707) 528-8175
   Facsimile:     (707) 528-8675
5  lhm28843sbcglobal.net

6  Attorney for Plaintiffs

7  BRADFORD T. MCLANE
   U.S. Department of Justice
8  Law & Policy Section
   Environment & Natural Resources Division
9  P.O. Box 4390, Ben Franklin Station
   Washington, DC 20044-4390
10 Telephone:     (202) 305-0544
   Facsimile:     (202) 514-4231
11 bradford.mclane@usdoj.gov

12 Attorney for Defendants

13

14                    **UNITED STATES DISTRICT COURT**

15                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16
   NORTHERN CALIFORNIA RIVER                    Case No.   C-07-05075 CRB
17 WATCH, a non-profit corporation;
   ROBERT G. EVANS, SHERRY PETERSEN,
18 DOUGLAS RAND EMERY, as individuals,          **JOINT STIPULATION FOR AN
                                                EXTENSION OF TIME TO
19                                              FILE A RESPONSIVE
                       Plaintiffs,              PLEADING AND TO
20                                              CONTINUE THE CASE
        v.                                      MANAGEMENT
21                                              CONFERENCE**

22 UNITED STATES DEPARTMENT
   OF THE INTERIOR, UNITED STATES               Date:  January 11, 2008
23 FISH AND WILDLIFE SERVICE,                   Time:  8:30 a.m.
   UNITED STATES ARMY CORPS OF                  Ctrm:  Courtroom 8, 19th Floor
24 ENGINEERS,                                   Judge: Hon. Charles R. Breyer

25
                       Defendants.
26
   _____/
27

28

Joint Stipulated Request
C 07-05075 CRB

Plaintiffs Northern California River Watch, et al. ("Plaintiffs") and Defendants United States Department of the Interior, et al. ("Federal Defendants"), by and through their undersigned counsel, say as follows:

WHEREAS, this action was filed on October 2, 2007;

WHEREAS, the Court issued an order setting the initial Case Management Conference for Friday, January 11, 2008 at 8:30 a.m., and noting that otherwise, "the initial case management scheduling order shall remain the same";

WHEREAS, under Federal Rule of Civil Procedure 12(a)(3)(A), the United States is to serve an answer to a complaint within 60 days after the United States Attorney is served;

WHEREAS, Plaintiffs served their complaint in this action on the U.S. Attorney's office for the Federal District Court for the Norther District of California on October 19, 2007 and therefore Federal Defendants' responsive pleading is currently due by December 18, 2007.

WHEREAS, there have been no previous extensions of time for Federal Defendants to file and serve a responsive pleading;

WHEREAS, the parties would like an opportunity to explore the possibility of a stipulated dismissal of this action;

WHEREAS, Plaintiffs' counsel have consented to an extension of time of thirty (30) days, until January 17, 2008:

IT IS HEREBY STIPULATED by and between counsel for plaintiffs and defendants that Federal Defendants shall file a responsive pleading by January 17, 2008.

IT IS HEREBY STIPULATED by and between counsel for plaintiffs and defendants that the last day to file the rule 26(f) Report and the joint Case Management Statement may be continued, court permitting, to Friday, February 15, 2008.

IT IS HEREBY STIPULATED by and between counsel for plaintiffs and defendants that the Case Management Conference scheduled for January 11, 2007, may be continued, court permitting, to Friday, February 22, 2007 at 8:30 a.m.

Joint Stipulated Request
C 07-05075 CRB                                                                                                                2

Respectfully submitted,

Dated __12/11/2007_____        _____/s/_____
                                    JACK SILVER
                                    Attorney for Plaintiffs
                                    NORTHERN CALIFORNIA RIVER WATCH,
                                    ROBERT G. EVANS, DOUGLAS RAND
                                    EMERY

Dated __12/11/2007_____        _____/s/_____
                                    BRADFORD T. MCLANE
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Attorney for Defendants
                                    UNITED STATES DEPARTMENT OF THE
                                    INTERIOR, UNITED STATES FISH AND
                                    WILDLIFE SERVICE, UNITED STATES
                                    ARMY CORPS OF ENGINEERS

Case 3:07-cv-05075-CRB    Document 12    Filed 12/11/2007    Page 4 of 4