# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; ROBERT G. EVANS, SHERRY PETERSEN, DOUGLAS RAND EMERY, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No: C-07-05075 CRB<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

For the reasons set forth in the Joint Stipulation to Extend Time to File a Responsive Pleading filed by Federal Defendants, it is hereby ORDERED that Federal Defendants are granted a thirty (30) day extension and shall file a responsive pleading to Plaintiffs' Complaint by January 17, 2008. Accordingly, the deadlines previously set for December 31, 2007 in the case management scheduling order, including the date to file the Case Management Statement, are rescheduled to February 15, 2008, and the date for the Case Management Conference is reset for Friday, February 22, 2008 at 8:30 a.m.

_____        _____
Date                                                  HON. CHARLES R. BREYER
                                                            UNITED STATES DISTRICT JUDGE

Case 3:07-cv-05075-CRB    Document 13    Filed 12/11/2007    Page 2 of 2