1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

_____

NORTHERN CALIFORNIA RIVER
WATCH, a non-profit corporation;
ROBERT G. EVANS, SHERRY PETERSEN,
DOUGLAS RAND EMERY, as individuals,

       Plaintiffs,

          v.

UNITED STATES DEPARTMENT
OF THE INTERIOR, UNITED STATES
FISH AND WILDLIFE SERVICE, UNITED
STATES ARMY CORPS OF ENGINEERS,

       Defendants.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: C-07-05075 CRB

**~~[PROPOSED]~~ ORDER REGARDING
EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING**

For the reasons set forth in the Joint Stipulation to Extend Time to File a Responsive

Pleading filed by Federal Defendants, it is hereby ORDERED that Federal Defendants are

granted a thirty (30) day extension and shall file a responsive pleading to Plaintiffs' Complaint

by January 17, 2008. Accordingly, the deadlines previously set for December 31, 2007 in the

case management scheduling order, including the date to file the Case Management Statement,

are rescheduled to February 15, 2008, and the date for the Case Management Conference is reset

for Friday, February 22, 2008 at 8:30 a.m.

\_\_December 12, 2007\_\_\_\_
Date



HON. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer