UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; ROBERT G. EVANS, SHERRY PETERSEN, DOUGLAS RAND EMERY, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No: C-07-05075 CRB<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) each of the undersigned certifies that he has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov.

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

12/17/07
Dated

_____
James Monroe, Office of the Regional Solicitor, U.S. Department of the Interior

12/17/07
Dated

_____
Jack Kerns, Assistant District Counsel
U.S. Army Corps of Engineers

12/17/2007
Dated

_____
Bradford T. McLane, Counsel for the Parties
U.S. Department of Justice