1  JACK SILVER, SBN 160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, California 95402-5469
3  Telephone:    (707) 528-8175
   Facsimile:    (707) 528-8675
4  lhm28843sbcglobal.net

5  Attorney for Plaintiffs

6  BRADFORD T. MCLANE
   U.S. Department of Justice
7  Law & Policy Section
   Environment & Natural Resources Division
8  P.O. Box 4390, Ben Franklin Station
   Washington, D.C. 20044-4390
9  Telephone:    (202) 305-0544
   Facsimile:    (202) 514-4231
10 bradford.mclane@usdoj.gov

11 Attorney for Defendants

12

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; ROBERT G. EVANS, DOUGLAS RAND EMERY, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No.  C-07-05075 CRB<br><br>JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE<br><br>Judge: Hon. Charles R. Breyer |

Plaintiffs Northern California River Watch, Robert G. Evans, and Douglas Rand Emery ("Plaintiffs") and Defendants United States Department of the Interior, United States Fish and Wildlife Service, and United States Army Corps of Engineers ("Defendants"), by and through their undersigned counsel, say as follows:

Joint Stipulation to Dismissal without Prejudice
C 07-05075 CRB

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(ii) provides for the voluntary dismissal of actions without court order by all parties who have appeared in the action;

WHEREAS, this is an action alleging that the defendants have violated their obligations under section 7 of the Endangered Species Act ("ESA") with respect to their consultation regarding the U.S. Army Corps of Engineers' ("the Corps") processing of a Clean Water Act ("CWA") section 404 permit application submitted by Schellinger Brothers ("the applicant") seeking authorization to discharge fill material into 0.9 acres of wetlands at the Laguna Vista site, located at 955, 995, and 997 Gravenstein Highway, Sebastopol, California ("the permit application");

WHEREAS, the species of concern in this action is the Sebastopol meadowfoam (*Limnanthes vinculans*), a plant species listed as endangered under the ESA;

WHEREAS, the defendants concluded informal consultation under section 7 of the ESA on March 12, 2004 on this matter, determining that any CWA section 404 permit authorizing the discharge of fill into this 0.9 acre area of wetlands was "not likely to adversely affect" the Sebastopol meadowfoam, because at that time the defendants had not identified any Sebastopol meadowfoam populations at the Laguna Vista site through review of available survey information;

WHEREAS, the Corps is not currently processing the 404 permit application at issue in this case;

WHEREAS, the Corps will inform lead counsel for plaintiffs in the event that the Corps recommences processing of this or any other section 404 permit application for the Laguna Vista site;

WHEREAS, should defendants reinitiate consultation under section 7 of the ESA, defendants will notify lead counsel for plaintiffs;

1  WHEREAS notification as to the events in the preceding two paragraphs shall be made
2  within five (5) business days of the event, to Jack Silver, Esquire via e-mail at
3  lhm28843@sbeglobal.net and by first class mail to Law Office of Jack Silver, P.O. Box 5469,
4  Santa Rosa, CA 95402-5469;
5  IT IS HEREBY STIPULATED by and between counsel for plaintiffs and defendants
6  that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties dismiss this action
7  without prejudice.

9  Respectfully submitted,

13  Dated 1/14/08

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

18
19  Dated 1/14/2008

BRADFORD T. MCLANE
U.S. Department of Justice
Environment & Natural Resources Division
Attorney for Defendants
UNITED STATES DEPARTMENT OF THE
INTERIOR, UNITED STATES FISH AND
WILDLIFE SERVICE, UNITED STATES
ARMY CORPS OF ENGINEERS

25  Janury 15, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joint Stipulation to Dismissal without Prej.
C 07-05075 CRB

- 3 -